# UNITED STATES DISTRICT COURT
## District of Kansas
**(Topeka Docket)**

**UNITED STATES OF AMERICA,**

      Plaintiff,

    v.                    CASE NO.: 23-40038-TC-RES

**SYLVIA OBAYA,**

      Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

**Bank Fraud**
**[18 U.S.C. § 1344(2)]**

Between on or about August of 2015, through September of 2022, in the District of Kansas, the Defendant,

**SYLVIA OBAYA,**

knowingly executed a scheme and artifice to obtain moneys and funds from a financial institution, namely, CoreFirst Bank and Trust, located in Topeka, Kansas, by means of

1

false and fraudulent pretenses, representations and promises; and the Defendant did so willfully with an intent to defraud, using the manner and means identified below, which manner and means were material to the scheme, and which scheme resulted in the Defendant receiving approximately $554,491.14 to which she was not entitled.

During the time-period referenced above, the Defendant, then employed as an accounting manager by the Kansas Masonic Foundation (KMF), a 501(c)(3) nonprofit organization located in Topeka, Kansas, operating as the philanthropic arm of the Kansas Masons, obtained money from KMF's scholarship and loan accounts, as well as KMF's operating account, all accounts being held by CoreFirst Bank and Trust, without permission or authority.

During the time-period referenced above, the Defendant, without permission or authority, and under fraudulent pretenses, unlawfully issued 347 checks to herself; signed checks exceeding her authority; used checks to fraudulently obtain moneys and funds for her own use and benefit; and kept and altered KMF's bookkeeping records in such a way as to disguise and conceal her illegal means.

All in violation of Title 18, United States Code, Section 1344(a)(2).

Dated this __27th__ day of September, 2023, in Topeka, Kansas.

        KATE E. BRUBACHER
        UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

        JARED S. MAAG
        Assistant United States Attorney
        District of Kansas
        444 Quincy St., Suite 290
        Topeka, Kansas 66683
        Ph: (785) 295-2850
        Fax: (785) 295-2853
        Email: jared.maag@usdoj.gov
        Ks. S. Ct. No. 17222

## **PENALTIES**

### **COUNT ONE**

**Bank Fraud**
**[18 U.S.C. § 1344(2)]**

- A term of imprisonment not to exceed thirty (30) years.
  18 U.S.C. § 1344.

- A fine not to exceed $1,000,000.00
  18 U.S.C. § 1344.

- Or both

- A term of supervised release not to exceed five (5) years.
  18 U.S.C. § 3583(b)(1).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).

- Restitution
  18 U.S.C. § 3663