# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | Case Number: | **23-40038** |
| ) | | |
| Plaintiff, ) | | |
| **vs.** ) | | |
| ) | | |
| **SYLVIA OBAYA,** ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | Date of Hearing: | **2/21/24** |

## CRIMINAL MINUTE SHEET – SENTENCING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **40 minutes** |

**APPEARANCES:** parties appear: **IN PERSON**
- UNITED STATES OF AMERICA: **Jared Maag**
- DEFENDANT'S COUNSEL: **Tom Lemon**
- DEFENDANT: ☒ On Release – Present at hearing
- PROBATION: **Stacey Beilman for Mitch Shivers**

**CHARGE(S) OF CONVICTION:**

| OFFENSE(S): | Count 1 of the Information | 18 U.S.C. § 1344(2), namely, Bank Fraud. |
|---|---|---|

**PROCEEDINGS**

☒ Defendant sworn.
☒ Investigation Report sealed and made part of the record.
☒ Objections to Presentence Investigation Report: Defendant objects to paragraph 115 of the PSR. The Court sustains the objection.

**IMPOSITION OF SENTENCE:**

☒ Defendant is sentenced to the custody of the Bureau of Prisons for a term of 21 months. This term of imprisonment shall be followed by two years of supervised release.
☒ Mandatory Special Assessment fee: $100.
☒ Defendant is ordered to pay restitution in the amount of $578,557.14 to the victims previously identified by the court.
☒ Voluntary surrender is granted. The defendant is released and will self-surrender.

1